## THIRD DEPARTMENT, JANUARY, 1968

### (January 3, 1968)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARL SIMMONS, Appellant, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.— Decision of this court dated September 13, 1967 rescinded and appeal dismissed upon the ground that no timely notice of appeal was either served or filed. (CPLR 5513, subd. [a]; 5515.) Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.